■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS RYAN, Appellant.—Judgment, Supreme Court, Bronx County, rendered on January 16, 1978, unanimously affirmed. The case is remitted to the Su-

640

preme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Lane, Sandler and Sullivan, JJ.